COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        David Ignacio Cristan v. The State of Texas

Appellate case number:     01-21-00647-CR

Trial court case number:    19-CR-2275

Trial court:                        56th District Court of Galveston County

Court-appointed counsel for Appellant David Ignacio Cristan filed a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant, acting pro se, subsequently filed a motion requesting access to a copy of the appellate record for use in preparing a response to his appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014). We **GRANT** the motion.

We **ORDER** the trial court clerk, no later than 10 days from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to Appellant. The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the Appellant is made. Appellant's brief is due **30 days** from the date of delivery of the record.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                             Acting individually

Date:  June 23, 2022